IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation No. 2780722/9

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. DAVID M. ROLLINS,

Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant has contacted the U. S. Attorney's Office and the Court regarding the above-referenced violation. The U. S. Attorney's Office is not willing to work out any sort of a plea agreement with the Defendant, and the only way the matter can be resolved if the Defendant does not wish to pay the collateral forfeiture on the violation is to set the Defendant for another Court date, therefore:

**IT IS HEREBY ORDERED** that this matter is set for the initial appearance of the Defendant on **March 6, 2012 at 9:00 a.m. before the Magistrate Judge, 103 Sheppard Drive, Room 235, Durango, Colorado 81301.** Failure to appear will result in a warrant being issued for the arrest of the Defendant.

**IT IS FURTHER ORDERED** that if the Defendant decides to pay the collateral forfeiture and the Court receives the collateral forfeiture prior to the Court date, the Defendant will not have to appear.

**DATED: January 31, 2012.**

1

BY THE COURT:

_____
David L. West
United States Magistrate Judge

---

### Certificate of Mailing

I hereby certify that on the 31st day of January, 2012, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

U.S. Attorney's Office
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

David M. Rollins
1213 Highway 191 S.
Lazy Lizard Hostle
Moab, Utah

By: _____
Assistant to Magistrate Judge